Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC. d/b/a FIESTA FABRIC, <br><br> Plaintiff, <br><br> v. <br><br> ZULILY, LLC, et al., <br><br> Defendants. | Case No. 2:23-cv-07738-DMG-AS <br> <u>Honorable Dolly M. Gee Presiding</u> <br><br> **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DESIGN WEST MODE USA, LLC DBA SUZANNE BETRO** |

1  TO THE CLERK OF THIS COURT:

2  Plaintiff Gold Value International Textile, Inc. d/b/a Fiesta Fabric ("Plaintiff") respectfully requests that the Clerk of this Court enter default in this case against Defendant Design West Mode USA, LLC d/b/a Suzanne Betro ("Defendant"), a California limited liability company, because Defendant has failed to appear or otherwise respond to the operative Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On September 20, 2023, Plaintiff served the operative Complaint and Summons on Defendant. Dkt. 12. To date, Defendant has not filed a response to the operative Complaint and its time for doing so has expired. Accordingly, Plaintiff requests that the Clerk enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

Dated: November 15, 2023

Respectfully submitted,

By:  /s/ *Trevor W. Barrett*
Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

**DECLARATION OF TREVOR W. BARRETT**

I, Trevor W. Barrett, do declare and say as follows:

1. I am above 18 years of age and not a party to this action. I am a partner at Doniger / Burroughs APC and lead counsel for Plaintiff Gold Value International Textile, Inc. d/b/a Fiesta Fabric in this case. If called upon, I could and would competently testify as set forth below.

2. Plaintiff filed this case asserting copyright infringement claims against Defendant Design West Mode USA, LLC d/b/a Suzanne Betro ("Defendant"), a California limited liability company.

3. My firm caused Defendant to be served with the operative Complaint and Summons in this case on September 20, 2023. Dkt. 12.

4. To date, Defendant has not filed a response to the operative Complaint, and its time for doing so has expired under the Federal Rules of Civil Procedure.

I solemnly swear and declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Venice, California on November 15, 2023.

By:   /s/ Trevor W. Barrett
      Trevor W. Barrett, Esq.
      Declarant

- 1 –
DECLARATION OF TREVOR W. BARRETT