JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gold Value International Textile, Inc.,<br><br>　　Plaintiff,<br><br>v.<br><br>Zulily, LLC; et al.,<br><br>　　Defendant(s). | Case No. CV 23-07738-DMG (ASx)<br><br>**ORDER RE JOINT STIPULATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ZULILY, LLC** |

    In consideration of Plaintiff Gold Value International Textile, Inc.'s and Defendant Zulily, LLC's joint stipulation for entry of default judgment against Defendant Zulily, LLC, and for good cause shown, the Court hereby ORDERS the following:

    1.    Gold Value owns a valid copyright in A100659;

    2.    Zulily copied A100659 in distributing, offering for sale, and selling the garment identified as "Applique Trim Mesh Yoke Tunic" (Style No. U1502801);

    3.    As a result, Zulily is liable for copyright infringement; and

    4.    Default judgment is hereby be entered against Zulily in the amount of $9,500.

    IT IS SO ORDERED.

DATED:  January 29, 2024

                                                        DOLLY M. GEE
                                                        UNITED STATES DISTRICT JUDGE